■ KENNETH G. BROUGHTON, as Father and Natural Guardian of SUSAN M. BROUGHTON, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 50621.) —

854

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.